**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLIFTON MORROW, | No. CV 22-893-CJC (PLA) |
| Petitioner, | |
| v. | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| JIM ROBERTSON, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation ("R&R"), and petitioner's objections to the R&R.  The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    Judgment shall be entered consistent with this order.

3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  June 24, 2022

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE