# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CLIFTON MORROW, | ) | No. CV 22-893-CJC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JIM ROBERTSON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  June 24, 2022

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE